JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| EMILIANA PIRVU. | CASE NUMBER |
| | EDCV 12-00738-JLQ-(OPx) |
| PLAINTIFF(S) | |
| v. | |
| YUCCA VALLEY DEVELOPMENT DEPARTMENT, | **JUDGMENT FOR DEFENDANT** |
| DEFENDANT(S). | |

     This action having been decided before the Court sitting without a jury, the Honorable Justin L. Quackenbush, Senior United States District Judge, presiding; and all issues having been duly decided in this matter, hereby renders its final judgment as follows: See "Order Granting Motion to Dismiss Without Prejudice and Without Leave to Amend," ECF No. 18, and Order Re: Document Filed October 25, 2012 And Directing Entry of Judgment Per ECF No. 18.

     IT IS ORDERED AND ADJUDGED that the complaint and the claims therein are dismissed without prejudice.

                                                  Clerk, United States District Court

Dated: October 31, 2012                   By:    Jim Holmes
                                                               Deputy Clerk

At: Riverside, California

cc:    Counsel of record